UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGIO BUELNA, et al.,<br><br>    Defendants. | Case No. 20-cv-05258-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 36, 34 |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Court also:

(1) **GRANTS** Sepulveda's request for injunctive relief requiring Defendants to provide, subject to the "readily achievable" standard, accessible parking, paths of travel, seating, and counter access at United Birrieria, located at 2170 Washington Ave., San Leandro, California; and

(2) **AWARDS** Sepulveda attorney's fees and costs in the amount of $2,073.75, representing $1,855 in attorney's fees and $218.75 in costs.

The Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

**IT IS SO ORDERED.**

Dated: 8/4/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge