United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

RICHARD SEPULVEDA,

Plaintiff,

Case No. 20-cv-05258-HSG

8
9

v.

**JUDGMENT**

10

SERGIO BUELNA, et al.,

Defendants.

11
12
13

For the reasons set forth in Magistrate Judge  Report and Recommendation Re Motion for

14

Default Judgment filed on July 16, 2021 and adopted by this Court,

15

IT IS HEREBY ORDERED AND ADJUDGED

16

That default judgment is entered in favor of Plaintiff against Defendants Sergio Buelna and

17

Julia Contreras.  The Court **AWARDS** Sepulveda attorney's fees and costs in the amount of

18
19

$2,073.75, representing $1,855 in attorney's fees and $218.75 in costs.

20

Dated at Oakland, California, this 4th day of August, 2021.

21

Susan Y. Soong
Clerk of Court

22
23
24

By: _____
Nikki D. Riley
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.

25
26
27
28